United States District Court
Southern District of Texas
**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| JOSEPH CASIANO, <br> "Petitioner", <br><br> v. <br><br> BOBBY LUMPKIN, <br> "Respondent". | § <br> § <br> § <br> §     Civil Action No. 1:22-cv-00117 <br> § <br> § <br> § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Petitioner's "28 U.S.C. § 2254 Petition for Writ of Habeas Corpus" ("Petition") (Dkt. No.9), Respondent's "Answer with Brief in Support of Dismissal" ("Answer") (Dkt. No. 15), and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 16). The R&R recommends this Court (1) dismiss this civil action without prejudice; (2) decline to issue a certificate of appealability; and (3) direct the Clerk of Court to close this case.

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

This civil action is **DISMISSED WITHOUT PREJUDICE**. The Court **DECLINES** to issue a certificate of appealability. The Clerk of Court is **ORDERED** to close this case.

Signed on this \_\_\_8th\_\_\_ day of \_\_March\_\_, 2023.

_____
Rolando Olvera
United States District Judge